**Opinion issued December 13, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-01040-CR

————————————

## IN RE JUAN JOSE ARELLAN-VELAZQUEZ, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Juan Jose Arellano-Velazquez, has filed a pro se petition for writ of mandamus requesting that we compel the trial court to rule on his motion to check out the clerk's record and reporter's record.[1] We deny the petition.

---

[1] The underlying case is styled *The State of Texas v. Juan Jose Arellano-Velazquez*, cause number 1479333, pending in the 208th District Court of Harris County, Texas, the Honorable Denise Collins presiding. In that case, a jury found relator guilty of drug trafficking, and we affirmed the trial court's judgment on direct appeal. *See Arellano-Velazquez v. State*, No. 01-16-00789-CR, 2018 WL 454796, at *1 (Tex. App.—Houston [1st Dist.] Jan. 18, 2018, pet. ref'd) (mem. op., not

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).

---

designated for publication) (affirming trial court's judgment sentencing relator to confinement for possession with intent to deliver cocaine); *see also* TEX. HEALTH & SAFETY CODE § 481.112(a), (f).